**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE: Juana Maria Bueno,** | : | Chapter 13 |
| | : | |
| **Debtor** | : | Bky. No. 19-14601 PMM |

# O R D E R

**AND NOW,** upon consideration of Shellpoint Mortgage Servicing's Motion for Relief from Stay (doc. no. 34, the "Motion") and the Response filed thereto (doc. no. 36);

AND a hearing having been held on the Motion on October 20, 2020;

AND for the reasons stated on the record in open court;

It is hereby **ORDERED** that the Motion is **DENIED WITHOUT PREJUDICE**.

*[signature: Patricia M. Mayer]*

**Date: October 20, 2020**

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**