United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-14601-pmm |
| Juana Maria Bueno | Chapter 13 |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: dlv | Page 1 of 2 |
| Date Rcvd: Oct 20, 2020 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Juana Maria Bueno, 224 S. Saint Cloud Street, Allentown, PA 18104-6728 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Oct 22, 2020 | Signature: | /s/Joseph Speetjens |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| HAROLD N. KAPLAN | on behalf of Creditor New Residential Mortgage LLC hkaplan@rasnj.com |
| JEROME B. BLANK | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING paeb@fedphe.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Toyota Lease Trust bkgroup@kmllawgroup.com |
| ROBERT J. DAVIDOW | on behalf of Creditor DITECH FINANCIAL LLC robert.davidow@phelanhallinan.com |
| SCOTT F. WATERMAN (Chapter 13) | on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |

| | | |
|---|---|---|
| District/off: 0313-4 | User: dlv | Page 2 of 2 |
| Date Rcvd: Oct 20, 2020 | Form ID: pdf900 | Total Noticed: 1 |

THOMAS YOUNG.HAE SONG
   on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING paeb@fedphe.com

United States Trustee
   USTPRegion03.PH.ECF@usdoj.gov

ZACHARY ZAWARSKI
   on behalf of Debtor Juana Maria Bueno zzawarski@zawarskilaw.com

TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE: Juana Maria Bueno,** | : | Chapter 13 |
| | : | |
| Debtor | : | Bky. No. 19-14601 PMM |

## O R D E R

**AND NOW,** upon consideration of Shellpoint Mortgage Servicing's Motion for Relief from Stay (doc. no. 34, the "Motion") and the Response filed thereto (doc. no. 36);

AND a hearing having been held on the Motion on October 20, 2020;

AND for the reasons stated on the record in open court;

It is hereby **ORDERED** that the Motion is **DENIED WITHOUT PREJUDICE**.

*/s/ Patricia M. Mayer*

**Date: October 20, 2020**

                                       **PATRICIA M. MAYER**
                                       **U.S. BANKRUPTCY JUDGE**