**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | : |
| Juana Maria Bueno | : Bankruptcy No. 19-14601-pmm |
|         Debtor | : |
| | : Chapter 13 |
| NewRez LLC d/b/a Shellpoint Mortgage Servicing | : |
| | : |
|         Movant | : |
| vs. | : |
| | : |
| Juana Maria Bueno | : |
|         Respondent | : |

**NOTICE OF MOTION, RESPONSE DEADLINE**
**AND HEARING DATE**

NewRez LLC d/b/a Shellpoint Mortgage Servicing has filed a motion for relief from the automatic stay pursuant to 11 U.S.C. Section 362(d) with this COURT.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the Court to grant the relief sought in the motion or if you want the Court to consider your views on the motion, then on or before **March 10, 2021** you or your attorney must do **all** of the following:

> (a) file an answer explaining your position at:
> U.S. Bankruptcy Court
> Eastern District of PA
> Bankruptcy Clerk of Courts
> 400 Washington Street
> Reading, PA 19601

If you mail your answer to the Bankruptcy Clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

> (b) mail a copy to the Movant's Attorney:
> Heather Riloff, Esquire
> Pincus Law Group, PLLC
> 2929 Arch Street, Suite 1700
> Philadelphia, PA 19104
> 484-575-2201 PHONE
> 516-279-6990 FAX

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Honorable Patricia M. Mayer on **March 16, 2021** at 10:00 a.m., 4th Floor United States Bankruptcy Court, Eastern District of Pennsylvania. Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing at which witnesses may testify with respect to disputed material factual issues in the manner directed by Fed. R. Bankr. P. 9014(d).

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at 610-208-5040 to find out whether the hearing has been canceled because no one filed an answer.

Respectfully submitted,

Dated: 02/23/2021

**PINCUS LAW GROUP, PLLC**

By:    /s/ Heather Riloff
Heather Riloff, Esquire
2929 Arch Street, Suite 1700
Philadelphia, PA 19104
Telephone: 484-575-2201
Fax: 516-279-6990
Email: hriloff@pincuslaw.com