**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | : |
| Juana Maria Bueno | : Bankruptcy No. 19-14601-pmm |
|            Debtor | : |
| | : Chapter 13 |
| NewRez LLC d/b/a Shellpoint Mortgage Servicing | : |
|            Movant | : |
|     vs. | : |
| | : |
| Juana Maria Bueno | : |
|            Respondent | : |

## CERTIFICATION OF SERVICE

     I, Heather Riloff, Esquire certify that a copy of NewRez LLC d/b/a Shellpoint Mortgage Servicing's Motion for Relief from Automatic Stay as to Debtor was served upon the following parties on 02/23/2021:

Zachary Zawarski, Esquire
Via ECF
*Debtor's Attorney*

Scott F. Waterman
Via ECF
*Trustee*

Juana Maria Bueno
224 S. Saint Cloud Street
Allentown, PA 18104
Via First Class Mail
*Debtor*

Dated: 02/23/21                             **PINCUS LAW GROUP, PLLC**

                                          By:    /s/ Heather Riloff
                                                  Heather Riloff, Esquire
                                                  2929 Arch Street, Suite 1700
                                                  Philadelphia, PA 19104
                                                  Telephone: 484-575-2201
                                                  Fax: 516-279-6990
                                                  Email: hriloff@pincuslaw.com