# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| Juana Maria Bueno | : Bankruptcy No. 19-14601-pmm |
| Debtor | : |
| | : Chapter 13 |
| NewRez LLC d/b/a Shellpoint Mortgage Servicing | : |
| Movant | : |
| vs. | : |
| | : |
| Juana Maria Bueno | : |
| Respondent | : |

## ORDER GRANTING RELIEF FROM AUTOMATIC STAY

Upon consideration of the Motion of NewRez LLC d/b/a Shellpoint Mortgage Servicing ("Movant"), for relief from the automatic stay as to the Debtor with respect to real property known as **224 S. Saint Cloud Street, Allentown, PA 18102** (the "Premises"), it is hereby

**ORDERED AND DECREED THAT** the automatic stay in effect pursuant to 11 U.S.C. § 362(a), is hereby vacated for cause pursuant to 11 U.S.C. § 362(d) as to the Movant, its agents, assigns or successors in interest, so that the Movant, its agents, assigns or successors in interest, may take any and all action under applicable state law to exercise its remedies against the Premises including but not limited to foreclosure of its mortgage on the Premises; and it is further

**ORDERED**, that the 14-day stay invoked pursuant to F.R.B.P. 4001(a)(3) is hereby waived; and it is further

**ORDERED,** that the order be binding and effective despite any conversion of this bankruptcy case to case under any other chapter of Title 11 of the United States Code.

*Patricia M. Mayer*

_____
Judge Patricia M. Mayer
U.S. Bankruptcy Judge

**Date: March 17, 2021**