United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-14601-pmm |
| Juana Maria Bueno | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 17, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 19, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Juana Maria Bueno, 224 S. Saint Cloud Street, Allentown, PA 18104-6728 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Mar 19, 2021 | Signature: | /s/Joseph Speetjens |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| HAROLD N. KAPLAN | |
| | on behalf of Creditor New Residential Mortgage LLC hkaplan@rasnj.com |
| HEATHER STACEY RILOFF | |
| | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING hriloff@pincuslaw.com Michelle@mvrlaw.com |
| JEROME B. BLANK | |
| | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING paeb@fedphe.com |
| REBECCA ANN SOLARZ | |
| | on behalf of Creditor Toyota Lease Trust bkgroup@kmllawgroup.com |
| ROBERT J. DAVIDOW | |
| | on behalf of Creditor DITECH FINANCIAL LLC robert.davidow@phelanhallinan.com |
| SCOTT F. WATERMAN (Chapter 13) | |

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: Mar 17, 2021 | Form ID: pdf900 | Total Noticed: 1

on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

THOMAS YOUNG.HAE SONG
    on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING paeb@fedphe.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

ZACHARY ZAWARSKI
    on behalf of Debtor Juana Maria Bueno zzawarski@zawarskilaw.com

TOTAL: 10

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | : |
| Juana Maria Bueno | : Bankruptcy No. 19-14601-pmm |
|        Debtor | : |
| | : Chapter 13 |
| NewRez LLC d/b/a Shellpoint Mortgage Servicing | : |
|        Movant | : |
|      vs. | : |
| | : |
| Juana Maria Bueno | : |
|        Respondent | : |

**ORDER GRANTING RELIEF FROM AUTOMATIC STAY**

Upon consideration of the Motion of NewRez LLC d/b/a Shellpoint Mortgage Servicing ("Movant"), for relief from the automatic stay as to the Debtor with respect to real property known as **224 S. Saint Cloud Street, Allentown, PA 18102** (the "Premises"), it is hereby

**ORDERED AND DECREED THAT** the automatic stay in effect pursuant to 11 U.S.C. § 362(a), is hereby vacated for cause pursuant to 11 U.S.C. § 362(d) as to the Movant, its agents, assigns or successors in interest, so that the Movant, its agents, assigns or successors in interest, may take any and all action under applicable state law to exercise its remedies against the Premises including but not limited to foreclosure of its mortgage on the Premises; and it is further

**ORDERED**, that the 14-day stay invoked pursuant to F.R.B.P. 4001(a)(3) is hereby waived; and it is further

**ORDERED,** that the order be binding and effective despite any conversion of this bankruptcy case to case under any other chapter of Title 11 of the United States Code.

*Patricia M. Mayer*
_____

**Date: March 17, 2021**
                                               Judge Patricia M. Mayer
                                               U.S. Bankruptcy Judge