| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 19-14601-PMM**

JUANA MARIA BUENO
224 S. SAINT CLOUD STREET
ALLENTOWN  PA    18104

Petition Filed Date: 07/22/2019
341 Hearing Date: 08/27/2019
Confirmation Date: 01/16/2020

Case Status: Dismissed After Confirmation on 5/28/2021

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/27/2020 | $663.00 | | 03/12/2020 | $663.99 | | 05/28/2020 | $332.99 | |
| 12/01/2020 | $650.00 | | | | | | | |

**Total Receipts for the Period: $2,309.98    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $3,302.97**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | ZACHARY ZAWARSKI ESQ | Attorney Fees | $1,856.15 | $1,856.15 | $0.00 |
| 1 | US DEPARTMENT OF EDUCATION »» 001 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | US DEPARTMENT OF EDUCATION »» 002 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | TOYOTA MOTOR CREDIT CORP »» 003 | Secured Creditors | $120.00 | $0.00 | $120.00 |
| 4 | TOYOTA MOTOR CREDIT CORP »» 004 | Unsecured Creditors | $1,696.26 | $0.00 | $1,696.26 |
| 5 | LVNV FUNDING LLC »» 005 | Secured Creditors | $583.47 | $57.51 | $525.96 |
| 6 | NEW RESIDENTIAL MORTGAGE LLC »» 006 | Mortgage Arrears | $11,084.06 | $1,092.55 | $9,991.51 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES »» 007 | Unsecured Creditors | $674.65 | $0.00 | $674.65 |

**Chapter 13 Case No. 19-14601-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,302.97 | Current Monthly Payment: | $330.00 |
| Paid to Claims: | $3,006.21 | Arrearages: | $0.00 |
| Paid to Trustee: | $284.93 | Total Plan Base: | $17,820.00 |
| Funds on Hand: | $11.83 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.